5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,     CRIMINAL NO. 12-20030

HON. NANCY G. EDMUNDS

vs.

VIOLATIONS:

D-3    CHAUNCEY MAYFIELD,     18 U.S.C. § 371
                                       18 U.S.C. § 666

        Defendant.
_____/

## THIRD SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

(18 U.S.C. §§ 371 & 666(a) -- Conspiracy to Influence or Reward Local Public Officials)

D-3    CHAUNCEY MAYFIELD

### INTRODUCTION

1. The City of Detroit was a local government that received federal assistance in excess of $10,000 during each of the years 2006, 2007, and 2008.

2. At all times material to this Information, Jeffrey Beasley was an agent of the City of Detroit, Michigan, in that Jeffrey Beasley served as the Treasurer of the City of Detroit. By virtue of his position as Treasurer, Beasley also served as a Trustee of the Police and Fire Retirement System and of the General Retirement System of Detroit.

3. At all times material to this Information, **CHAUNCEY MAYFIELD** was the

principal owner and Chief Executive Officer of MayfieldGentry Realty Advisors, L.L.C. MayfieldGentry Realty Advisors served as an investment advisor and fiduciary of Detroit's two Retirement Systems, overseeing more than $200 million in real estate investments.

## THE CONSPIRACY

4. From approximately 2006 until September 2008, in the Eastern District of Michigan, Southern Division, the defendant, **CHAUNCEY MAYFIELD**, did knowingly conspire and agree with Beasley and other individuals to corruptly give things of value to Beasley and other conspirators with the intent to influence and reward them in connection with their official duties regarding a transaction, or series of transactions of the City of Detroit, involving $5,000 or more, in violation of Title 18, United States Code, Section 666(a).

## MANNER AND MEANS BY WHICH THE CONSPIRACY WAS CARRIED OUT

5. It was part of the conspiracy that **CHAUNCEY MAYFIELD** gave things of value worth over $180,000 to Beasley and other conspirators in an effort to influence and reward them relating to their power as public officials in connection with their decisions as to how to invest the pension money of Detroit's two Retirement Systems.

6. It was also part of the conspiracy that Beasley and other conspirators cast votes and directed others to cast votes on the Boards of Trustees of Detroit's two Retirement Systems that were favorable to **CHAUNCEY MAYFIELD** and MayfieldGentry Realty Advisors. In this regard, Beasley and other conspirators worked to ensure that MayfieldGentry Realty

Advisors maintained its work for the Retirement Systems and got additional work from the Retirement Systems. In this way, MayfieldGentry Realty Advisors earned significant investment and management fees.

7. In his position as an investment advisor and fiduciary to the Police and Fire Retirement System, **CHAUNCEY MAYFIELD** misappropriated over $3 million in funds belonging to the Retirement System. **CHAUNCEY MAYFIELD** used those funds to purchase two commercial properties in California for the benefit of himself and his partners.

## OVERT ACTS

In furtherance of the unlawful conspiracy, and to effect its objectives, the conspirators committed the following overt acts, among others:

8. On April 13, 2006, **CHAUNCEY MAYFIELD** made a presentation to the Police and Fire Retirement System asking the Trustees to invest in a proposed investment fund to be managed by MayfieldGentry Realty Advisors called the Genesis Value Fund.

9. On June 8, 2006, Beasley, as a Trustee of the Police and Fire Retirement System, voted in favor of investing $20 million in the Genesis Value Fund.

10. On April 26, 2007, Beasley, as a Trustee of the Police and Fire Retirement System, voted in favor of investing $12 million with MayfieldGentry Realty Advisors for the purchase of a commercial building in Arizona.

11. On May 10, 2007, Beasley, as a Trustee of the Police and Fire Retirement System, voted in favor of moving $60 million in system assets into the Genesis Value Fund.

12. In August 2007, at Beasley's request, **CHAUNCEY MAYFIELD** hired Beasley's paramour to work at a company affiliated with MayfieldGentry Realty Advisors.

13. On August 15, 2007, Beasley as a Trustee of the General Retirement System, voted in favor of executing a Real Estate Investment Advisory and Asset Management Agreement with MayfieldGentry Realty Advisors.

14. On January 10, 2008, Beasley, as a Trustee of the Police and Fire Retirement System, voted in favor of a $59 million proposed investment with MayfieldGentry Realty Advisors in commercial real estate in North Carolina.

All in violation of Title 18, United States Code, Section 371.


BARBARA L. MCQUADE
United States Attorney


s/Robert Cares
ROBERT CARES
Assistant United States Attorney


s/David A. Gardey
DAVID A. GARDEY
Assistant United States Attorney


Dated: December 17, 2012

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>12-20030 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008  **[No]**

| **Companion Case Information** | Companion Case Number: **10-20403** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: NANCY G. EDMUNDS |
| ■ Yes   ☐ No | AUSA's Initials: |

Case Title: USA v. **D-3  CHAUNCEY MAYFIELD**

County where offense occurred: **Wayne**

Check One:        ■ Felony                ☐ Misdemeanor                ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number: _____]
__X__Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: **12-20030**                        Judge: **NANCY G. EDMUNDS**
  ☐    Original case was terminated; no additional charges or defendants.
  ☐    Corrects errors; no additional charges or defendants.
  ☐    Involves, for plea purposes, different charges or adds counts.
  ■    Embraces same subject matter but adds the additional defendant or charges below:

| Defendant name | Charges | Prior Complaint |
|---|---|---|
| CHAUNCEY MAYFIELD | 18 U.S.C. §§ 371 & 666(a) | N/A |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

December 17, 2012
       Date

DAVID A. GARDEY (P48990)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Phone: (313) 226-9591
E-Mail: David.Gardey@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09