UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRIM. NO.: 12-CR-20030

HON. NANCY G. EDMUNDS

D-3)   CHAUNCEY MAYFIELD,

    Defendant.

_____/

## WAIVER OF INDICTMENT

I, CHAUNCY MAYFIELD, the defendant in this case, understand that I am being charged with the following felony: conspiring to influence or reward, and rewarding, local public officials in connection with their duties, in violation of 18 U.S.C. §§ 371 and 666(a). I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

_____
CHAUNCEY MAYFIELD
Defendant

_____
A. SCOTT BOLDEN
Attorney for The Defendant

Date: 2/7/13

FILED

FEB 0 7 2013

CLERK'S OFFICE
U.S. DISTRICT COURT