UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

CHAUNCEY MAYFIELD,

    Defendant(s).
_____/

Case No. 12-cr-20030-3

Judge  Nancy G. Edmunds

Magistrate Judge  Mona K. Majzoub

### NOTICE OF CORRECTION

Docket entry number __62__, filed __5/15/2013__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [x] Other:  The docket entry was made in error.

If you need further clarification or assistance, please contact  __Johnetta M. Curry-Wms__  at  __(313) 234-5157__.

DAVID J. WEAVER, CLERK OF COURT

Dated: May 17, 2013

s/ Johnetta M. Curry-Wms
Deputy Clerk